IN THE UNITED STATES BANKRUPTCY COURT
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

IN RE:                                                                      Case No: 8:20-bk-07769-CPM
Sharon Kay Cheeks,                               Chapter 13
        Debtor/
_____

**MOTION TO ALLOW A HOME REFINANCE LOAN**
(Re: 1611 St. Anthony St., Lakeland, FL 33803)

Debtor, Sharon Kay Cheeks, by and through her undersigned counsel, and file this Motion to Allow a Home Refinance Loan, and in support state(s):

1. Debtor sought a home refinance loan with Mortgage Banking Associates (the "Lender").

2. The Lender offered the Debtor a home refinance loan, and the Debtor requested approval from Jon Waage, the Chapter 13 Trustee (the "Trustee").

3. On October 26, 2021 the Trustee provided a Refinancing Consent Form attached hereto as Exhibit 'A'.

4. In the consent form there is specific language that reads, "I, the Chapter 13 Trustee, hereby consents for Sharon K. Cheek to refinance her mortgage as long as the payments do not exceed the current payments".   The Trustee was aware the payment will be more and consented.

5. The consent form is a boilerplate form and cannot be modified so the Lender is asking this Court for an Order allowing the loan to go forward with the increase in payment.

6. This loan will not cause a hardship for the Debtor because the Debtor receives exactly $60,000.00 per year as salary from Keiser University, plus a pension of $2,129.00 from her prior employer.

7. Debtor's terms of the new loan are as follows: a fixed 5.5% interest rate for 30 years, $209.000 at 5.5% for a monthly payment of $1,110.00 plus taxes and insurance of $350.00 totaling a monthly payment of $1,460.00, an increase of only $413.00.

8. Her monthly Plan Payment is $553.00 giving her a debt-to-income ratio with a very good 26% and making the payments to both the Plan and her mortgage very affordable.

**WHEREFORE,** Debtor requests an order granting this motion and granting such other relief deemed appropriate in the circumstances.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on the following parties via the Court's CM/ECF, at their email addresses registered with the Court or regular U.S. Mail postage, Prepaid on this 17th day of August,2022.

US Trustee

Jon Waage, Chapter 13 Trustee

Sharon Cheek
1611 St. Anthony St.
Lakeland, FL 33803

Lynnwood Smith MBA
Mortgage Banking Associates, Inc
5304 S. Florida Ave
Lakeland, FL 33813

/s/ Jay M. Weller
Jay M. Weller, Esquire
FBN.985856
***Weller Legal Group, PA***
24500 US Highway 19 N. Ste. 150
Clearwater, FL 33763
Telephone: 727.539.7701
Facsimile: 727.524.3850
jweller@wellerlegalgroup.com