**EXHIBIT 'A'**

**Finance & Operations Manager**
Kimberley Sawdy

**Systems & Facility Manager**
Troy Carroll

# JON M. WAAGE
### Standing Chapter 13 Trustee
### Middle District of Florida
### Tampa/Fort Myers Divisions

**Chapter 13 Staff Attorneys**
Kimberly R. McIntyre
Michael E. Cecil
Sarah K. Olsen

## REFINANCING CONSENT FORM

Refinancing and paying off your Bankruptcy or lowering your monthly mortgage payment. Please fill in all the blanks and make sure we have your signature(s). Fax back to us at (941) 345-1248.

Debtor(s) name: Sharon K Cheek

Debtor(s) address: 1611 St Anthony St   Lakeland FL   33803

Case number: 8:20-bk-07769-CPM        Debtor(s)Telephone: 217-649-0950

Refinance Company name: Mortgage Banking Associates        Fax number: 863-868-0365

Debtor(s) Signature: *Sharon K Cheek*

Debtor(s) Signature: _____

---

I, the Chapter 13 Trustee, hereby consent for  **Sharon K Cheek**

to refinance  **her**  (their, his, her) mortgage as long as the payments do not

exceed the current payments. If the Debtor(s)  **is**  (is, are) refinancing  **her**

(their, his, her) homestead to payoff the Chapter 13, then the Trustee has no interest in the

repayment terms and consent is granted.

Sincerely yours,

Jon M. Waage
Chapter 13 Standing Trustee

JMW

Mail payments to: P. O. Box 2621, Memphis, TN 38101-0140
Correspondence address: P. O. Box 25001, Bradenton, FL 34206-5001
Telephone (941) 347-6544   Toll Free 1-800-348-3075   Facsimile (941) 739-3565
Trustee Website: www.Tampa13.com