ORDERED.

Dated: September 14, 2022

*Catherine M. Ewen*
Catherine Peek McEwen
United States Bankruptcy Judge

### IN THE UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION
**www.flmb.uscourts.gov**

IN RE:                                                                       Case No: 8:20-bk-07769-CPM
Sharon Kay Cheeks,                                   Chapter 13
                 Debtor/
_____

### ORDER ON DEBTOR'S
### MOTION TO ALLOW A HOME REFINANCE LOAN (DOC. NO. 32)

THIS CASE came on for consideration for the purpose of the entry of an appropriate order in the above-styled Chapter 13 case upon the Debtor's Motion to Allow a Home Refinance Loan (the "Motion") (Doc. No. 32) filed on August 17, 2022. There was a hearing held on September 7, 2022 at 2:45pm (the "Hearing"). The Court having heard argument of counsel and being otherwise duly advised in the circumstances, it is:

**ORDERED**:

1. The Motion is herby **GRANTED.**

2. The Debtor is authorized to refinance her home.

3. The Debtor's new loan terms are as follows: a fixed 5.5% interest rate for 30 years, $209.000 at 5.5% for a monthly payment of $1,110.00 plus taxes and insurance of $350.00 totaling a monthly payment of $1,460.00.

Attorney, Jay M. Weller, is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order