Filed Via Mail
OCT 13 2022
CLERK, US BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Tampa DIVISION

3 Pages Scanned by JM

## IN THE UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA

## WWW.FLMB.USCOURTS.GOV

IN RE:                                         Case No: 8:20-bk-07769-CPM

Sharon Kay Cheeks, Debtor                      Chapter 13

### PETITION TO THE COURT DIRECTLY FROM THE MORTGAGE LENDER FOR AN ADJUSTMENT IN THE LOAN AMOUNT AND TERMS OF THE PROPOSED MORTGAGE LOAN TO BE REFINANCED:

### Background:

On 9/14/2022 the Court, Judge Catherine Peek Mc Ewen did in fact approve and authorize the debtor to refinance her home in the amount of $209,000 dollars principal loan amount. At a rtae of 5.5% fixed for 30 years, with a P&I payment of $1,110.00 per month.

**Now comes the mortgage lender and requests the court to AMEND the order and allow the following terms due to mortgage market conditions at the present time, as follows, the NEW proposed terms to be approved by the court are as follows:**

1. **Loan amount (base FHA): $209,000**

2. **Rate: Between 6.00 and 6.6%**

3. **P&I portion of the payment: $1254.00 to +- $1,300.00 per month**

4. **Plus taxes and insurance: +- $350.00 +-**

5. **Projected mortgage payment: +_ $1604.00 to $1650.00 +-**

**This request submitted by the lender:**

1

*4. The purpose of the proposed Loan is to finish her swimming pool for the home.*

*5. The projected and proposed payment on the new loan is $1650.00 per month.*

*Lynnwood Smith MBA*

*Now 3600 closed loans from this office*

---

Catherine Peek McEwen
United States Bankruptcy Judge

Filed Via Mail
OCT 13 2022
CLERK, US BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Tampa DIVISION

3 Pages Scanned by JM

IN THE UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

WWW.FLMB.USCOURTS.GOV

IN RE:                                              Case No: 8:20-bk-07769-CPM

Sharon Kay Cheeks, Debtor                  Chapter 13

PETITION TO THE COURT DIRECTLY FROM THE MORTGAGE LENDER FOR AN
ADJUSTMENT IN THE LOAN AMOUNT AND TERMS OF THE PROPOSED
MORTGAGE LOAN TO BE REFINANCED:

Background:

On 9/14/2022 the Court, Judge Catherine Peek Mc Ewen did in fact approve
and authorize the debtor to refinance her home in the amount of $209,000
dollars principal loan amount. At a rtae of 5.5% fixed for 30 years, with a
P&I payment of $1,110.00 per month.

Now comes the mortgage lender and requests the court to AMEND the
order and allow the following terms due to mortgage market conditions
at the present time, as follows, the NEW proposed terms to be approved
by the court are as follows:

Background about the monthly income of the debtor

1. The debtor is a college professor and has an income of $60,000 per
year before taxes.

2. The projected overall DTI (debt to income load) based on the attached
house payment will be about +- 33% and the FHA allows about 42%

3. The debtor has NO other outstanding debt other than the payment to
the Trustee and has never been late on a payment.

1

*Lynnwood Smith MBA 863-602-3004*

*Mortgage Banking Associates Inc.*

*5304 South Florida Avenue*

*Lakeland, FL 33813*

_____
Catherine Peek McEwen
United States Bankruptcy Judge

*Mortgage Banking Associates, Inc*
*5304 South Florida Ave. #400C*
*Lakeland FL 33813*

TAMPA FL 335
SAINT PETERSBURG FL
11 OCT 2022 PM 10 L

Judge Catherine P. McEwen
United States Bankruptcy Court
Tampa Division
801 N. Florida Avenue, Suite 555
Tampa, Florida 33602

33602-889999

