[8ostknoa] [ORDER STRIKING]

ORDERED.

**Dated: October 14, 2022**

*Catherine M<sup>c</sup>Ewen* (signature)
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Case No.
8:20–bk–07769–CPM
Chapter 13

Sharon Kay Cheek

_____Debtor*_____/

ORDER STRIKING MOTION /PETITION TO THE COURT DIRECTLY FROM THE MORTGAGE LENDER FOR AN ADJUSTMENT IN THE LOAN AMOUNT AND TERMS OF THE PROPOSED MORTGAGE LOAN TO BE REFINANCED

   THIS CASE came on for consideration, without a hearing, upon the Court's own motion to consider entry of an appropriate order. The Court having considered the record finds that a/an Motion /Petition to the Court Directly from the Mortgage Lender for an Adjustment in the Loan Amount and Terms of the Proposed Morgage Loan to be Refinanced was filed by Creditor Mortgage Banking Associates, Inc and executed by Lynnwood Smith . Pursuant to Fed. R. Bankr. P. 9010(a) and case law found in Palazzo v. Gulf Oil Corp., 764 F2d 1381 (11th Cir. 1985), a corporation cannot appear in these proceedings except through an attorney duly authorized to practice before this Court. Accordingly, it is

   ORDERED:

   1. The Motion /Petition to the Court Directly from the Mortgage Lender for an Adjustment in the Loan Amount and Terms of the Proposed Morgage Loan to be Refinanced filed by Creditor Mortgage Banking Associates, Inc is hereby stricken from the record, without prejudice.

   2. Creditor Mortgage Banking Associates, Inc shall have an additional twenty–one (21) days from the date of entry of this Order to obtain counsel to file an amended Motion /Petition to the Court Directly from the Mortgage Lender for an Adjustment in the Loan Amount and Terms of the Proposed Morgage Loan to be Refinanced .

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.